IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CODY RAY LEVEKE,<br><br>　　　　Defendant. | No. 4:20-cr-0011-JAJ<br><br>**VERDICT FORM** |

### COUNT 1 – Interstate Communication of a Threat

With regard to the crime of Interstate Communication of a Threat, as charged in Count 1 of the Indictment, we, the jury, find the defendant, **Cody Ray Leveke**:

　　　_____ NOT GUILTY　　　　　　　_X_ GUILTY

### COUNT 2 – Interstate Communication of a Threat

With regard to the crime of Interstate Communication of a Threat, as charged in Count 2 of the Indictment, we, the jury, find the defendant, **Cody Ray Leveke**:

　　　_____ NOT GUILTY　　　　　　　_X_ GUILTY

1

We, the jury, unanimously agree to the verdict above.

Date: September 29, 2020

_____  
Foreperson

_____        _____  
Juror                                                          Juror

_____        _____  
Juror                                                          Juror

_____        _____  
Juror                                                          Juror

_____        _____  
Juror                                                          Juror

_____        _____  
Juror                                                          Juror

_____  
Juror